Name: Mary Jo Robinson

Address: 9370 Torch Bridge Court
Rapid City, Michigan 49676

Phone Number: 231.676.3429   E-mail Address: TorchLakegirl3@hotmail.com

**FILED - GR**
October 31, 2023 12:56 PM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW   SCANNED BY: JW / 10-31

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF MICHIGAN

Steven Ball

PLAINTIFF(S)

v.

Mary Jo Robinson

DEFENDANT(S)

CASE NUMBER: 1:23-cv-00649-JMB-SJB

**PRO SE APPLICATION FOR ELECTRONIC FILING AND SERVICE**

As the (Plaintiff/Defendant) Mary Robinson in the above-captioned matter, I respectfully ask the Court for permission to participate in electronic filing (e-filing) and electronic service in this case. I hereby affirm that:

1. I have reviewed Western District of Michigan Local Civil Rule 5.7 and the instructions available at the Pro Se E-Filing web page located on the Court's website.
2. I understand that if my application is approved, I hereby consent to receive electronic service of all electronically filed documents, and waive the right to receive documents in paper form. This means I will receive all documents by e-mail in this case and not by U.S. mail.
3. I understand that if my use of the Case Management/Electronic Filing (CM/ECF) system is unsatisfactory, my e-filing privileges may be revoked and I will be required to file and serve documents in paper.
4. I understand that I may not e-file on behalf of any other person in this or any other case.
5. I consent to Federal Rule of Civil Procedure 11 sanctions for any misconduct or misuse of electronic filing.
6. I have obtained a Public Access to Court Electronic Records (PACER) account.
7. I have regular access to the technical requirements necessary to successfully e-file:
   *Check all that apply*:

   ☒ A computer with Internet access.

   ☒ An e-mail account to receive notifications from the Court and notices from the e-filing system, that I am able to access on a daily basis.

   ☒ A scanner to convert documents that are only in paper format into electronic files.

   ☒ A printer or copier to create required paper copies such as chambers copies.

   ☒ A word processing program to create documents; and

   ☒ A PDF reader and a PDF writer to convert word processing documents into PDF format, the only format in which documents can be e-filed.

Date: 10.29.23   Signature: Mary Jo Robinson

40

# PRIORITY MAIL EXPRESS®

## FLAT RATE ENVELOPE
ONE RATE ■ ANY WEIGHT

To schedule free Package Pickup, scan the QR code.



USPS.COM/PICKUP



PS10001000006

EP13F
OD: 12

## FOR DOMESTIC AND INTERNATIONAL USE

 PRIORITY MAIL EXPRESS®


EI 423 441 510 US

**CUSTOMER USE ONLY**
FROM: (PLEASE PRINT)   PHONE (231) 676-3428

MARY ROBINSON
9370 Tench Bridge Ct
Reed City MI 49676

**DELIVERY OPTIONS (Customer Use Only)**
☑ SIGNATURE REQUIRED
☐ No Saturday Delivery (delivered next business day)
☐ Sunday/Holiday Delivery Required (additional fee, where available)

TO: (PLEASE PRINT)   PHONE ( )
US District Court - WEST MI
399 Federal Building
110 Michigan St. SW
Grand Rapids, MI 49503

■ For pickup or USPS Tracking™, visit USPS.com or call 800-222-1811.
■ $100.00 Insurance included.

Attn Clerk / Judge Beckering

PEEL FROM THIS CORNER



