UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

STEVEN BALL,

    Plaintiff,

v.                                                    Hon. Jane M. Beckering

MARY JO ROBINSON,                        Case No. 1:23-cv-649

    Defendant.

### ORDER GRANTING DEFENDANT'S PRO SE APPLICATION FOR ELECTRONIC FILING AND SERVICE

Pro se Defendant, Mary Jo Robinson, has completed and filed a Pro Se Application for Electronic Filing and Service, pursuant to W.D.Mich. LCivR 5.7 and Administrative Order 17-RL-135 (ECF No. 32) on the form specified by the Clerk of this Court.

Defendant Mary Jo Robinson meets all of the technical requirements necessary to successfully e-file, and the Court concludes that granting Defendant's request will further the "just, speedy, and inexpensive determination of [this] action." Fed. R. Civ. P. 1.

Accordingly, Defendant's Pro Se Application for Electronic Filing and Service (ECF No. 32) is **GRANTED**.

Date: October 31, 2023                                         /s/ Sally J. Berens
                                                                           SALLY J. BERENS
                                                                         U.S. Magistrate Judge