IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

STEVEN BALL,

    Plaintiff,

MARY JO ROBINSON,

    Defendant.

Case No. 1:23-cv-649

Hon. Jane M. Beckering v.

| HOWARD & HOWARD ATTORNEYS PLLC | Dr. Mary Robinson Pro Se |
|---|---|
| Michael O. Fawaz (P68793) | 9370 Torch Bridge Court |
| Attorneys for Plaintiff | Rapid City, MI 49676 |
| 450 W. Fourth Street | torchlakegirl3@hotmail.com |
| Royal Oak, MI 48067 | 231.676.3428 |
| (248) 645-1483 | |
| fawaz@howardandhoward.com | No Listed |
| | *Attorneys for Defendants* |

## DEFENDANT'S REQUEST to SET ASIDE DEFAULT

Defendant Mary Jo Robinson ("Defendant") Pro Se submits the following:

Request to Set Aside Default.

Dated: November 9, 2023

Respectfully submitted,

Dr. Mary Robinson

By: _____Mary Robinson_____
9370 Torch Bridge Court
Rapid City, Michigan 49676
231.676.3428

Cc: Attorney Michael O. Fawaz

1

Dr. Mary Robinson

9370 Torch Bridge Court

Rapid City, Michigan 49676



RECEIVED (GR)
U.S. District Court Clerk
NOV 13 2023
Western Michigan

GRAND RAPIDS MI

10 NOV 2023 PM 5  L

United States District Court
Western District of Michigan
399 Federal Building
110 Michigan Street NW
Grand Rapids, Michigan 49503

Attn:  Clerk for Judge J. Beckering

49503-231799