UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

STEVEN BALL,

    Plaintiff,

v.                                                    Hon. Jane M. Beckering

MARY JO ROBINSON,                      Case No. 1:23-cv-00649

    Defendant.

## ORDER

This matter is before the Court on Plaintiff Steven Ball's Motion for Entry of Default Judgment. (ECF No. 46.) An evidentiary hearing was held on April 23, 2024. The parties may submit supplemental briefing within 14 days.

IT IS SO ORDERED.

Dated: April 23, 2024                                       /s/ Sally J. Berens
                                                                     SALLY J. BERENS
                                                                     U.S. Magistrate Judge